

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00121-CV

**WESTOVER CONTINUING CARE CENTER LTD. CO.** d/b/a Windemere at Westover Hills, Cantex Health Care Centers III, LLC, and Cantex Continuing Care Network, LLC f/k/a Cantex Senior Communities, LLC,
Appellants

v.

Suzanne Smith **ADAMS**, Independent Executrix of the Estate of John Parker Smith, Deceased,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI11249
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file her brief is GRANTED. Appellee's brief was filed on July 27, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court